**Fill in this information to identify the case:**

Debtor Name: 21st Century Construction Technologies, Inc.

United States Bankruptcy Court for the: Southern District of Florida

Case number: 23-18657-PDR

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: 10/23/23-12/11/23

Date report filed: 12/29/2023
MM / DD / YYYY

Line of business: N/A

NAISC code: N/A

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Roberto Torres

Original signature of responsible party: [signed]

Printed name of responsible party: Roberto Torres

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  21st Century Construction Technologies, Inc.    Case number 23-18657-PDR

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 65.17

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     – $ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.     + $ 0.00
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 65.17

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    (Exhibit E)

Debtor Name **21st Century Construction Technologies, Inc.**            Case number **23-18657-PDR**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                              $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              _____0_____
27. What is the number of employees as of the date of this monthly report?                            _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                         $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____0.00_____
30. How much have you paid this month in other professional fees?                                                                  $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                                         $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                                             $ _____0.00_____
36. Total projected cash disbursements for the next month:                                                 − $ _____0.00_____
37. Total projected net cash flow for the next month:                                                            = $ _____0.00_____

Debtor Name  21st Century Construction Technologies, Inc.    Case number 23-18657-PDR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



# Business Checking
PNC Bank

For the period 11/03/2023 to 11/30/2023

Primary account number: ■■■■■ 3402
Page 1 of 2
Number of enclosures: 0

21ST CENTURY CONSTRUCTION TECHNOLOGI
LLC
11325 W STATE ROAD 84 #126
DAVIE FL 33325

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG

Moving?  Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

🖥 Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective JANUARY 1, 2024,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary

Account number: ■■■■■ 3402
21St Century Construction Technologi Llc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 0.00 | 65.17 | 0.00 | 65.17 |
|  | | Average ledger balance | Average collected balance |
|  | | 65.17 | 65.17 |

### Deposits and Other Additions

| | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Deposits | 1 | 65.17 | | | |
| Total | 1 | 65.17 | Total | 0 | 0.00 |

# Business Checking
For 24-hour account information, sign on to pnc.com/mybusiness/

Business Checking Account number: ████ 3402 - continued

For the period  11/03/2023 to 11/30/2023
21ST CENTURY CONSTRUCTION TECHNOLOGI
Primary account number: ████ 3402
Page 2 of 2

## Daily Balance

| Date | Ledger balance |
|---|---|
| 11/03 | 65.17 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/03 | 65.17 | Deposit | 030950611 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2023 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2023.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 2 | .00 | Included in Account |
|   Deposited Item - Consolidated | 1 | .00 | |
|   Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

# Business Checking
PNC Bank

For the period 12/01/2023 to 12/29/2023

Primary account number: ■■■■3402
Page 1 of 2
Number of enclosures: 0

21ST CENTURY CONSTRUCTION TECHNOLOGI
LLC
11325 W STATE ROAD 84 #126
DAVIE FL 33325

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español,  1-877-BUS-BNKG

Moving?   Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective JANUARY 1, 2024,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for **PNC debit cards.** Effective January 9, 2024, subject to available funds, your daily ATM withdrawal limits are as follows:

**All Business Products (eligible for a debit card):**
> ATM Withdrawal: $1,500

## Business Checking Summary

Account number: ■■■■3402
21St Century Construction Technologi Llc
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 65.17 | 0.00 | 0.00 | 65.17 |
| | | Average ledger balance | Average collected balance |
| | | 65.17 | 65.17 |

# Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

Business Checking Account number: ▇▇▇▇3402 - continued

For the period   12/01/2023 to 12/29/2023
21ST CENTURY CONSTRUCTION TECHNOLOGI
Primary account number: ▇▇▇▇3402
Page 2 of 2

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Total | 0 | 0.00 | Total | 0 | 0.00 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/02/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/29/2023.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |